UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TAMIKA JAJA,

          Plaintiff(s),            Case No. 2:22-cv-12332

v.            Honorable Laurie J. Michelson

AFAR LLC,            Magistrate Judge Kimberly G. Altman

          Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: November 16, 2022            s/Laurie J. Michelson
                                                                    Laurie J. Michelson
                                                                    U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Denise Page Hood.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: November 16, 2022            s/ S Schoenherr
                                                                    Deputy Clerk