UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TAMIKA JAJA, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

AFAR LLC,

    Defendant.
_____/

Case No. 22-cv-12332
Hon. Denise Page Hood

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter having come before the Court on the stipulation of the parties and the Court being fully advised of the premises; WHEREAS

1. On September 30, 2022, Plaintiff Tamika Jaja ("Plaintiff") filed her complaint against Defendant Afar LLC ("Afar").

2. The parties have agreed to a third extension of Afar's deadline to respond to the Complaint until February 10, 2023 to facilitate discussions regarding potential resolution of this matter.

**WHEREFORE, IT IS HEREBY ORDERED THAT** the time for Afar to respond to Plaintiff's Complaint is extended until February 10, 2023.

**SO ORDERED.**

Dated: February 1, 2023

s/Denise Page Hood
Hon. Denise Page Hood
United States District Judge

46749568.1

**SO STIPULATED:**

Dated: January 26, 2023

| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
|---|---|
| By: /s/ *J. Michael Huget* | By: /s/ *Philip L. Fraietta* (w/ permission) |
| J. Michael Huget (P39150)<br>Jad Sheikali<br>HONIGMAN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7412<br>Mhindelang@honigman.com<br>Jsheikali@honigman.com | E. Powell Miller<br>Gregory A. Mitchell<br>THE MILLER LAW FIRM, P.C.<br>950 W. University Drive, Suite 300<br>epm@millerlawpc.com<br>gam@millerlawpc.com<br><br>Joseph I. Marchese<br>Philip L. Fraietta<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave.<br>New York, NY 10019<br>Tel: (646) 837-7150<br>jmarchese@bursor.com<br>pfraietta@bursor.com<br><br>HEDIN HALL LLP<br>Frank S. Hedin<br>David W. Hall<br>1395 Brickell Ave., Suite 900<br>Miami, FL 33131<br>Tel: (305) 357-2107<br>fhedin@hedinhall.com<br>dhall@hedinhall.com |

46749568.1