UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TAMIKA JAJA, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

AFAR LLC,

    Defendant.                                    /

Case No. 22-cv-12332

Hon. Denise Page Hood

### NOTICE OF SETTLEMENT

The undersigned counsel for Plaintiff and Defendant submit this Notice to inform the Court the parties have resolved this matter and are preparing documents to memorialize their agreement.

Dated: February 10, 2023

| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
|---|---|
| By: /s/ *J. Michael Huget* | By: /s/ *Philip L. Fraietta* (w/ permission) |
| J. Michael Huget (P39150)<br>Jad Sheikali<br>HONIGMAN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3506<br>(313) 465-7412<br>Mhindelang@honigman.com<br>Jsheikali@honigman.com | E. Powell Miller<br>Gregory A. Mitchell<br>THE MILLER LAW FIRM, P.C.<br>950 W. University Drive, Suite 300<br>epm@millerlawpc.com<br>gam@millerlawpc.com<br><br>Joseph I. Marchese |

46920126.1

Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Ave.
New York, NY 10019
Tel: (646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

HEDIN HALL LLP
Frank S. Hedin
David W. Hall
1395 Brickell Ave., Suite 900
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinhall.com
dhall@hedinhall.com

46920126.1