## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

TAMIKA JAJA, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

AFAR LLC,

        Defendant.

Case No. 2:22-cv-12332
Hon. Denise Page Hood

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tamika Jaja hereby dismisses all claims against Defendant AFAR LLC without prejudice.

Each party shall bear its own attorneys' fees and costs.

Dated: March 8, 2023

Respectfully submitted,

*/s/ Philip L. Fraietta*
Philip L. Fraietta
Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com
jmarchese@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)

THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com
ssa@millerlawpc.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff*