# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TAMIKA JAJA,**

    **Plaintiff,**

v.

**AFAR LLC,**

    **Defendant.**

_____/

Case No. 22-12332

Honorable Denise Page Hood

## ORDER DISMISSING CASE

On March 15, 2023, Plaintiff Tamika Jaja submitted a Notice of Voluntary Dismissal With Prejudice in the instant action.

Accordingly,

IT IS ORDERED that this action is DISMISSED pursuant to Rule 41(a)(1) of the Rules of Civil Procedure with prejudice and designated as CLOSED on the docket.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 16, 2023